IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAPHNE MUNICIPAL COURT**, *et al.*, | * |
| Plaintiffs, | * |
| vs. | * CIVIL ACTION NO. 13-00646-WS-B |
| **DARRELL WILLIAMS-BEY**, | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be remanded to the Municipal Court of Daphne, Alabama as this Court lacks subject matter jurisdiction.

**DONE** this 30th day of May, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**