**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DAPHNE MUNICIPAL COURT,** *et al.*, | * | |
| | * | |
|    **Plaintiffs,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 13-00646-WS-B** |
| | * | |
| **DARRELL WILLIAMS-BEY,** | * | |
| | * | |
|    **Defendant.** | * | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be remanded to the Municipal Court of Daphne, Alabama as this Court lacks subject matter jurisdiction.

**DONE** this 30th of May, 2014.

s/**WILLIAM H. STEELE**
**CHIEF UNITED STATES DISTRICT JUDGE**